UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------------------x
ADAM GROVES and MICHAEL DUNN,

                              Index No. 08 CV 1694

    -vs-                             (Judge Preska)

RONALD FIORINA, MARK FIORINA, BOYLAN BOTTLING COMPANY, INC.,
-----------------------------------------------------------------------------------x

STATE OF     NEW YORK       )
COUNTY OF  NEW YORK       )   ss.:

Undersigned deponent, being duly sworn deposes and says that said deponent is not a party to this action, is over the age of eighteen years and resides in the State of New York. Deponent served the within process as follows:

**PROCESS SERVED:** SUMMONS, JURY TRIAL DEMAND, COMPLAINT
**PARTY SERVED:**   BOYLAN BOTTLING COMPANY, INC.

**LOCATION OF SERVICE:**     7 Purcell Court
                                       Moonachie, NJ 07074

**PARTY ACCEPTING SERVICE:**  Ronald Fiorina, Chief Executive Officer
**DATE OF SERVICE:** 4/14/08    **TIME OF SERVICE:** 2:03 p.m.

An approximate description of the person served with process listed herein:

**SEX:** M  **SKIN COLOR:** White    **HAIR:** Lt. Brown  **AGE:** 47    **HEIGHT:** 5'10"
**WEIGHT:** 186        **OTHER FEATURES:** Glasses.

Deponent further states that the within process was served in the following manner:

By delivering to and leaving with the above named person who is the managing/authorized agent of said corporation/business.

                                       ERIC AVERBACH
                                       NYC Lic. #918927

SWORN TO BEFORE ME ON  4/16/08

Qualified
in Queen