UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------x
ADAM GROVES and MICHAEL DUNN,

                                  Index No. 08 CV 1694

   -vs-                               (Judge Preska)

RONALD FIORINA, MARK FIORINA, BOYLAN BOTTLING COMPANY, INC.,
-----------------------------------------------------------------------------x

STATE OF      NEW YORK      )
COUNTY OF  NEW YORK      )   ss.

Undersigned deponent, being duly sworn deposes and says that said deponent is not a party to this action, is over the age of eighteen years and resides in the State of New York. Deponent served the within process as follows:

**PROCESS SERVED:** SUMMONS, JURY TRIAL DEMAND, COMPLAINT
**PARTY SERVED:** RONALD FIORINA

**LOCATION OF SERVICE:**     7 Purcell Court
                                       Moonachie, NJ  07074

**PARTY ACCEPTING SERVICE:**  Ronald Fiorina, Chief Executive Officer
**DATE OF SERVICE:**  4/14/08    **TIME OF SERVICE:** 2:03 p.m.

An approximate description of the person served with process listed herein:

**SEX:** M  **SKIN COLOR:** White    **HAIR:** Lt. Brown  **AGE:** 47    **HEIGHT:** 5'10"
**WEIGHT:** 186    **OTHER FEATURES:** Glasses.

Deponent further states that the within process was served in the following manner:

By delivering a true copy of each to said defendant personally, at the address given above. Deponent knew the person served to be the person described as said person therein.

At the time of service, deponent asked the defendant if he was in the military service of this state or nation or any other nation, and he responded in the negative.

                                                               _____
                                                                ERIC AVERBACH
                                                                NYC Lic. #918927

SWORN TO BEFORE ME ON  4/16/08

Qualified
in Queens