UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ADAM GROVES and MICHAEL DUNN,

                              Plaintiffs,

                                                    08 cv 1694
  - against -                                    (LAP)

RONALD FIORINA, MARK FIORINA,
BOYLAN BOTTLING COMPANY, INC

                              Defendant(s).
-----------------------------------------------------------X

Pursuant to Federal Rule of Civil Procedure 41 (a) (1) (A) (i) Plaintiffs voluntarily dismiss the above entitled cause of action without prejudice.


Dated:  April 27, 2008
        New York, New York

                                              / s /
                                        FRED LICHTMACHER (FL-5341)
                                        Attorney for Plaintiffs
                                        The Empire State Building
                                        350 5th Avenue Suite 7116
                                        New York, New York 10118
                                        (212) 922-9066