UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ADAM GROVES and MICHAEL DUNN,

                Plaintiffs,

                                  08 cv 1694

- against -                      (LAP)

RONALD FIORINA, MARK FIORINA,
BOYLAN BOTTLING COMPANY, INC

                Defendant(s).
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/8/08

Pursuant to Federal Rule of Civil Procedure 41 (a) (1) (A) (i) Plaintiffs voluntarily dismiss the above entitled cause of action without prejudice.

Dated: April 27, 2008
       New York, New York

                                        / s /
                               FRED LICHTMACHER (FL-5341)
                               Attorney for Plaintiffs
                               The Empire State Building
                               350 5th Avenue Suite 7116
                               New York, New York 10118
                               (212) 922-9066

*The Clerk of the Court shall mark this action closed and all pending motions denied as moot.*

*May 7, 2008*

*So ordered*
*Loretta A. Preska*